USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
ROSS REINHARDT,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :   20-CV-6343 (VEC)
                                                            :
CORPORATE EXPRESS, INC., DANIEL                             :   ORDER
CONTE, ANGEL ORTIZ, ONISS DOE,                              :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 28, 2020, the Court referred the parties to mediation, Dkt. 40;

WHEREAS in that same Order, the Court stayed Defendants' time to answer, move, or otherwise respond to the First Amended Complaint ("FAC") until 30 days after the conclusion of mediation in this case, *id.*; *see also* Endorsement, Dkt. 39;

WHEREAS on June 3, 2021, the mediator informed the Court that mediation was unsuccessful in this matter; and

WHEREAS more than 30 days have passed since the conclusion of mediation, but Defendants have not answered, moved, or otherwise responded the FAC;

IT IS HEREBY ORDERED that Defendants' time to answer, move, or otherwise respond to the FAC is adjourned, *nunc pro tunc*, to **Friday, July 23, 2021**. Failure to answer the FAC by the deadline may result in an order directing Plaintiff to move for a default judgment against Defendants. The Court reminds the parties that fact discovery must be complete by no later than September 15, 2021. *See* Case Management Plan, Dkt. 49 at 1.

**SO ORDERED.**

**Date: July 19, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**