USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROSS REINHARDT,                          :
                                         :
                    Plaintiff,           :
                                         :
         -against-                       :    20-CV-6343 (VEC)
                                         :
CORPORATE EXPRESS, INC., DANIEL          :    ORDER
CONTE, ANGEL ORTIZ, ONISS DOE,           :
                                         :
                    Defendants.          :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 28, 2020, the Court referred the parties to mediation, Dkt. 40;

WHEREAS in that same Order, the Court stayed Defendants' time to answer, move, or otherwise respond to the First Amended Complaint ("FAC") until 30 days after the conclusion of mediation in this case, *id.*; *see also* Endorsement, Dkt. 39;

WHEREAS on June 3, 2021, the mediator informed the Court that mediation was unsuccessful in this matter; and

WHEREAS more than 30 days had passed since the conclusion of mediation, but Defendants had not answered, moved, or otherwise responded the FAC;

WHEREAS on July 19, 2021, the Court ordered Defendants to answer, move, or otherwise respond to the FAC by no later than Friday, July 23, 2021, Dkt. 52; and

WHEREAS in the same order, the Court informed Defendants that failure to answer the FAC by the deadline may result in an order directing Plaintiff to move for a default judgment against Defendants, *id.*;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Friday, August 6, 2021.**

**SO ORDERED.**

Date:  **July 27, 2021**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2